UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DERRICK JEROME ALLEN (#295151)**

**VERSUS**

**FREDA GEE**

CIVIL ACTION NO.

20-510-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 2) dated August 10, 2020, to which no objection was filed;

**IT IS ORDERED** that this action is REMANDED to the Twentieth Judicial District Court for the Parish of West Feliciana, State of Louisiana, as it was improperly removed by Plaintiff Derrick Jerome Allen.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 19, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**